IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-01126-MJW-PAC

BRIAN HILDENBRANDT,

    Plaintiff(s),

v.

THE CITY OF COLORADO SPRINGS, a Colorado Municipal Corporation,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Unopposed Motion to Vacate Settlement Conference [filed November 3, 2005] is **GRANTED.**  The Settlement Conference set for November 7, 2005 is *vacated.*

Dated:  November 7, 2005