**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-01126-MJW-PAC

BRIAN HILDENBRANDT,
Plaintiff.

v.

THE CITY OF COLORADO SPRINGS,
A Colorado Municipal Corporation,
Defendant.

## ORDER DISMISSING CASE

It is hereby ORDERED that the plaintiff's Motion to Dismiss With Prejudice, docket number 68, filed with the Court on December 29, 2005, is GRANTED and this case is dismissed with prejudice, each party to pay its own costs and attorney's fees.

It is FURTHER ORDERED that the Trial Preparation Conference set on Friday, January 6, 2006, at 10:00 a.m. is VACATED.  The five-day jury trial scheduled to begin on January 23, 2006 is VACATED.

Dated this 30th day of December, 2005.

BY THE COURT

s/ Michael J. Watanabe
MICHAEL J. WATANABE
US MAGISTRATE JUDGE